```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RICHARD CURRY                      :       CIVIL ACTION
                                   :
          v.                       :
                                   :
JO ANNE B. BARNHART,               :
Commissioner of the Social         :
Security Administration            :       NO. 05-cv-02350-JF
```

MEMORANDUM AND ORDER

Fullam, Sr. J.                                          April 13, 2006

In this social security case, petitioner was represented in this court by Ralph M. Russo, Esquire. Petitioner was not represented by counsel at the administrative level. Mr. Russo has succeeded in getting the case remanded for reconsideration at the administrative level, and has filed a motion for counsel fees. Unfortunately, he has submitted a form which would be appropriate for an award of fees at the administrative level. Moreover, there is no showing that his application for counsel fees has been served on anyone.

AND NOW, this 13th day of April 2006, IT IS ORDERED:

Upon proof of service of the application, and upon submission of an appropriate order, counsel's fee application will be given consideration.

                                        BY THE COURT:


                                        /s/ John P. Fullam
                                        John P. Fullam, Sr. J.